**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 15-1260-DOC (KESx)                    Date:  December 7, 2016

Title: JOSEPH WEINBERG V. VALEANT PHARMACEUTICALS INTERNATIONAL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   DENYING WITHOUT PREJUDICE MOTION FOR SUMMARY JUDGMENT [40]**

Defendant's Motion for Summary Judgment ("Motion") (Dkt. 40) is DENIED WITHOUT PREJUDICE.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                         Initials of Deputy Clerk: es
CIVIL-GEN