| | |
|---|---|
| 1 | JESSICA L. LINEHAN (SBN 223569) |
| | linehan.jessica@dorsey.com |
| 2 | JILL A. GUTIERREZ (SBN 258138) |
| | Gutierrez.jill@dorsey.com |
| 3 | DORSEY & WHITNEY LLP |
| | 600 Anton Boulevard, Suite 2000 |
| 4 | Costa Mesa, CA 92626 |
| | Telephone:  (714) 800-1400 |
| 5 | Facsimile:  (714) 800-1499 |
| 6 | Attorneys for Defendant |
| | VALEANT PHARMACEUTICALS |
| 7 | NORTH AMERICA, LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WEINBERG, an individual, | CASE NO:  8:15-CV-01260-DOC-KES |
| Plaintiff, | **DEFENDANT VALEANT PHARMACEUTICALS NORTH AMERICA, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| VALEANT PHARMACEUTICALS NORTH AMERICA, LLC, a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | [Concurrently Filed With Memorandum of Points and Authorities in Support; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Jerzy Janeczko; Declaration of Mary Egan; Declaration of Pamela Lewis; Declaration of J. Gutierrez; Request for Judicial Notice; [Proposed] Judgment] |
| | Date:       August 8, 2017 |
| | Time:      10:00 a.m. |
| | Ctrm:      6D |
| | Action Filed:      August 6, 2015 |
| | Trial Date:         October 10, 2017 |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 8, 2017, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 6D of the United States District Court, Central District of California, located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, Defendant Valeant Pharmaceuticals North America, LLC ("Valeant") will and hereby does move the Court for summary judgment, or, in the alternative, partial summary judgment as follows:

1. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment on each and every cause of action and/or count in Plaintiff Joseph Weinberg's Complaint, in favor of Valeant and against Plaintiff. This Motion is brought on the ground that there is no triable issue of material fact, and Valeant is entitled to judgment as a matter of law, as to each and every cause of action remaining in the Complaint.

2. In the alternative, and also pursuant to Rule 56 of the Federal Rules of Civil Procedure, Valeant moves for partial summary judgment in its favor and against Plaintiff on the following issues:

    a. Valeant is entitled to judgment in its favor on Plaintiff's First Cause of Action for Retaliation in Violation of Labor Code section 1102.5(b) because section 1102.5(b) does not apply extraterritorially, Plaintiff is not a California citizen, and all of the alleged conduct occurred outside California.

    b. Valeant is entitled to judgment in its favor on Plaintiff's First Cause of Action for Retaliation in Violation of Labor Code section 1102.5(b) because Plaintiff undisputedly did not make any complaint to a government or law enforcement agency, rendering

the 2013 version of section 1102.5(b) inapplicable as a matter of law.

c. Valeant is entitled to judgment in its favor on Plaintiff's First Cause of Action for Retaliation in Violation of Labor Code section 1102.5(b) because there was no retaliation as a matter of law, as Plaintiff's office location was shut down permanently, Plaintiff refused to relocate, and his position was eliminated.

d. Valeant is entitled to judgment in its favor on Plaintiff's Second Cause of Action for Retaliation in Violation of Labor Code section 1102.5(c) because section 1102.5(c) does not apply extraterritorially, Plaintiff is not a California citizen, and all of the alleged conduct occurred outside California.

e. Valeant is entitled to judgment in its favor on Plaintiff's Second Cause of Action for Retaliation in Violation of Labor Code section 1102.5(c) because there was no retaliation as a matter of law, as Plaintiff's office location was shut down permanently, Plaintiff refused to relocate, and his position was eliminated.

f. Valeant is entitled to judgment in its favor on Plaintiff's Ninth Cause of Action for IIED because the claim is barred by the two-year statute of limitations, as Plaintiff resigned on August 5, 2013, effective that same day, and Plaintiff filed this action on August 6, 2013, and Plaintiff's effort to end-run the statute of limitations by citing to post-employment denials of COBRA insurance benefits fails because such claim would be preempted by ERISA, and even if it was not preempted, insurance benefits were processed by entirely different individuals.

g. Valeant is entitled to judgment in its favor on Plaintiff's Ninth Cause of Action for IIED because Plaintiff has no evidence of any conduct that was "extreme or outrageous."

h. Valeant is entitled to judgment in its favor on Plaintiff's Tenth Cause of Action for NIED because the claim is barred by the two-year statute of limitations, as Plaintiff resigned on August 5, 2013, effective that same day, and Plaintiff filed this action on August 6, 2013, and Plaintiff's effort to end-run the statute of limitations by citing to post-employment denials of COBRA insurance benefits fails because such claim would be preempted by ERISA, and even it if was not preempted, insurance benefits were processed by entirely different individuals.

i. Valeant is entitled to judgment in its favor on Plaintiff's Tenth Cause of Action for NIED because the claim is barred by worker's compensation exclusivity.

j. Valeant is entitled to judgment in its favor on Plaintiff's Tenth Cause of Action for NIED because the undisputed facts show the claim is based on intentional – not negligent – conduct.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place in person on May 30, 2017.  Declaration of Jill Gutierrez, ¶ 2.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This motion is based on this Notice of Motion and Motion, Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Statement of Uncontroverted Facts and Conclusions of Law, Declarations of Jill Gutierrez, Jerzy Janeczko, Mary Egan, and Pamela Lewis, Request for Judicial Notice, as well as the entire record in this action, and any further papers, evidence and arguments presented by Valeant.

DATED:  June 22, 2017    DORSEY & WHITNEY LLP

By: */s/ Jill A. Gutierrez*
Jessica L. Linehan
Jill A. Gutierrez
Attorneys for Defendant
VALEANT PHARMACEUTICALS NORTH AMERICA, LLC

|  |  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | All Case Participants are registered for the USDC CM/ECF System |
| 3 | *Joseph Weinberg, etc. v. Valeant Pharmaceuticals International, et al.* |
| 4 | *Central District of California Case Number* 8:15-cv-01260-DOC-KES |

**DEFENDANT VALEANT PHARMACEUTICALS NORTH AMERICA, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

I hereby certify that on June 23, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: */s/ Jill A. Gutierrez*  _____
Jill A. Gutierrez