JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WEINBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VALEANT PHARMACEUTICALS NORTH AMERICA, LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO: 8:15-CV-01260-KES<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Action Filed: August 6, 2015<br>Trial Date: October 10, 2017 |

WHEREAS, on August 6, 2015, Plaintiff Joseph Weinberg ("Plaintiff") filed his Complaint against Defendants Valeant Pharmaceuticals International ("VPI"), Obagi Medical Products Inc. ("Obagi"), Medicis Pharmaceutical Corporation ("Medicis"), and Bausch and Lomb Incorporated ("Bausch and Lomb");

WHEREAS, on November 4, 2015, the Court granted the Motion to Dismiss filed by VPI, Obagi, Medicis, and Bausch and Lomb, thereby dismissing all claims against

1

Obagi, Medicis, and Bausch and Lomb without prejudice, and dismissing claims three through eight against VPI without prejudice [Docket No. 29];

WHEREAS, Plaintiff did not file an amended Complaint;

WHEREAS, on December 6, 2016, the remaining parties filed a joint stipulation replacing VPI with Defendant Valeant Pharmaceuticals North America, LLC ("VPNA") [Docket No. 50];

WHEREAS, on August 10, 2017, the Court granted Defendant VPNA's Motion for Summary Judgment [Docket No. 73], as to all claims remaining against VPNA;

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of VPNA, that Plaintiff Joseph Weinberg take nothing from VPNA, that the action against VPNA be dismissed with prejudice on the merits and that VPNA recover its costs.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be entered in favor of Obagi, that Plaintiff Joseph Weinberg take nothing from Obagi, that the action against Obagi be dismissed with prejudice on the merits and that Obagi recover its costs.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be entered in favor of Medicis, that Plaintiff Joseph Weinberg take nothing from Medicis, that the action against Medicis be dismissed with prejudice on the merits and that Medicis recover its costs.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be entered in favor of Bausch and Lomb, that Plaintiff Joseph Weinberg take nothing from Bausch and Lomb, that the action against Bausch and Lomb be dismissed with prejudice on the merits and that Bausch and Lomb recover its costs.

DATED: August 23, 2017

*Karen E. Scott*
Honorable Karen E. Scott
United States District Judge